UNITED STATES

v.

Airman Michael A. CANNON, FR 430–11–7183 92d Security Police Squadron Fifteenth Air Force (SAC).

ACM 22097.

U. S. Air Force Court of Military Review.

9 Nov. 1976.

Appellate Counsel for the Accused: Colonel Jerry E. Conner, Colonel Robert W. Norris and Major Issac D. Benkin, USAFR.

Appellate Counsel for the United States: Colonel Julius C. Ullerich, Jr.

Before LeTARTE, EARLY and FORAY, Appellate Military Judges.

## DECISION

PER CURIAM:

The accused stands convicted, pursuant to mixed pleas, of two specifications each of housebreaking and larceny and one specification of wrongful possession of marihuana. The approved sentence extends to bad conduct discharge, confinement at hard labor for one year and eight months, total forfeiture and reduction in grade to airman basic.

We perceive no merit in the three assignments of error submitted by appellate defense counsel. Accordingly, the findings of guilty and the sentence are

AFFIRMED.